## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Chase Carmen Hunter,

                    Plaintiff,

v.

Lucas Frederickson, individually and in
his official capacity as a community service
officer for the Centennial Lakes Police
Department; and B. Jacobson, individually
and in his official capacity as a detective
for the Centennial Lakes Police Department,

                    Defendants.

Civ. No. 15-3346 (ADM/BRT)

**ORDER**

---

Brett Thomas Green, MCF-Rush City, 7600 525th St., Rush City, MN 55069, *pro se*
Plaintiff.

Margaret E. Jacot, Esq., Minnesota Attorney General's Office, counsel for Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 7, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.      This action is **SUMMARILY DISMISSED** under 28 U.S.C.
§ 1915(e)(2)(B); and

2.      Plaintiff Chase Carmen Hunter's application to proceed *in forma pauperis*

(Doc. No. 2) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Date: October 29, 2015

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge